No. 393. TENNESSEE ET AL. *v.* UNITED STATES ET AL. Appeal from the United States District Court for the Middle District of Tennessee. *Per Curiam:* The motions to affirm are granted and the judgment is affirmed. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS dissent. *Alfred T. MacFarland* for the State of Tennessee et al., and *Joseph C. Swidler* for the Tennessee Valley Authority, appellants. *Charles J. McCarthy* was also of counsel. *Edward M. Reidy* and *Samuel R. Howell* for the Interstate Commerce Commission; and *James A. Bistline, A. J. Dixon, Frank W. Gwathmey, Edwin F. Hunt, Prime F. Osborn, William H. Swiggart* and *Charles P. Reynolds* for the Carolina, Clinchfield & Ohio Railway et al., appellees.

No. 420. SCHWARTZ ET AL. *v.* KELLEY ET AL., MEMBERS OF THE LIQUOR CONTROL COMMITTEE. Appeal from the Supreme Court of Errors of Connecticut. *Per Curiam:* The appeal is dismissed for the want of a substantial federal question. *Abraham Davis Slavitt* for appellants. *William L. Beers,* Attorney General of Connecticut, and *Louis Weinstein,* Assistant Attorney General, for appellees.

No. 174. WHITE *v.* BALTIMORE & OHIO RAILROAD CO. Certiorari, 346 U. S. 810, to the United States Court of Appeals for the Sixth Circuit. Dismissed on motion of petitioner. *Paul M. Herbert* for petitioner.